Blake Goodman
Bar Number: 7436
**Law Offices of Blake Goodman**
900 Fort St Mall Ste 910
Honolulu, HI 96813
Ph: (808) 528-4274
blake@debtfreehawaii.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Daniela Abreu,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC<br><br>Trans Union, LLC<br><br><br>　　　　　Defendants. | Case No.: 1:24-CV-160-JAO-WRP<br><br>Notice of Settlement as to Equifax Information Services, LLC |

### NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

　　Notice is hereby given that the Plaintiff and the Defendant, Equifax Information Services, LLC, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 12th day of November 2024

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Blake Goodman*
　　　　　　　　　　　　　　　　　　　　　　　　Blake Goodman

1

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 12, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            */s/ Blake Goodman*
            Blake Goodman