Yaakov Saks
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Ph:  (201) 282-6500
ysaks@steinsakslegal.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| Daniela Abreu,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC<br><br>Trans Union, LLC<br><br>　　　　　　　Defendants. | **CIVIL NO.** 1:24-CV-160-SASP-WRP<br><br>**JOINT STIPULATION OF DISMISSAL AS TO ALL PARTIES**<br><br>**Trial Date 10/27/2025**<br>**Judge Shanlyn A.S. Park** |

**JOINT STIPULATION OF DISMISSAL AS TO**
**ALL PARTIES**

　　Pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), Plaintiff Daniela Abreu and Defendants Equifax Information Services, LLC and Trans Union, LLC, by and through their undersigned counsel of record, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Equifax Information Services, LLC and Trans Union, LLC.  This Stipulation is being signed by all parties who have appeared in this action.  Each party shall bear their own attorneys' fees and costs incurred herein.

　　DATED: Hackensack, New Jersey; December 31, 2024.

/s/ Yaakov Saks
YAAKOV SAKS
BLAKE GOODMAN

Attorneys for Plaintiff
Daniela Abreu

DATED: Indianapolis, Indiana; December 31, 2024.

/s/ Scott Brady
SCOTT BRADY

Attorneys for Defendant
Trans Union, LLC

DATED: Honolulu, Hawaii; December 31, 2024.

/s/ Andrew Lewis Salenger
Andrew Lewis Salenger

Attorneys for Defendant
Equifax Information Services, LLC

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii; December 31, 2024.

_____
Shanlyn Park
United States District Judge

_____
*DANIELA ABREU v. EQUIFAX INFORMATION SERVICES, LLC etal.*, Civil No. CV 24-160
**JOINT STIPULATION OF DISMISSAL AS TO ALL PARTIES**

2